FILED

NOT FOR PUBLICATION

MAR 23 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARMEN SUAREZ-SMITH, | No. 13-17654 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-00201-GMN-PAL |
| v. | |
| BAC HOME LOANS SERVICING, LP; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, Chief Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Carmen Suarez-Smith appeals pro se from the district court's judgment dismissing her diversity action alleging state law foreclosure claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

dismissal for failure to prosecute. *Al-Torki v. Kaempen*, 78 F.3d 1381, 1384 (9th Cir. 1996). We affirm.

Suarez-Smith fails to challenge the district court's dismissal of her action for failure to prosecute, and has therefore waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."). Because Suarez-Smith's action was dismissed for failure to prosecute, we do not consider her challenges to the district court's interlocutory order dismissing her complaint with leave to amend. *See Al-Torki*, 78 F.3d at 1386 (if the dismissal is for failure to prosecute, interlocutory orders are not appealable regardless of whether the failure to prosecute was purposeful or the result of negligence or mistake).

**AFFIRMED**.